

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

November 25, 2013

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Orange County Superior Court
Central Justice Center
700 Civic Center Drive
Santa Ana, CA 92701

Re:  Case Number: SACV13-1515 DOC (JPRx)
     Previously Superior Court Case No. 30-02013-00670581
     Case Name: Dennis Ettlin v. Kamala Harris et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on  November 22, 2013 , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Trina DeBose
    Deputy Clerk
    (714) 338-4568

☐ Western   ☐ Eastern   ☒ Southern Division

*cc: Counsel of record*

=================================================================================

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____

Date                                                    Deputy Clerk

CV - 103 (09/08)            **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**